**1**

(112 So. 919)

Josh TURNER v. STATE. (6 Div. 796.) Supreme Court of Alabama, May 26, 1927. Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BROWN, J. The defendant was convicted of murder in the second degree, and the verdict of the jury fixed his punishment at life imprisonment in the penitentiary. The only question presented by this appeal is whether this punishment was authorized by the statute, Code of 1923, § 4458. It has been so ruled in Scott v. State, 211 Ala. 270, 100 So. 211, and on the authority of that case the judgment and sentence in this case will be affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

**2**

(112 So. 919)

Jim WOOLBRIGHT v. STATE. (6 Div. 886.) Supreme Court of Alabama. March 24, 1927. Certiorari to Court of Appeals. Jack Pratt, of Carrollton, and R. G. Redden, of Vernon, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Jim Woolbright for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Woolbright v. State, 112 So. 927. The bill of exceptions in this case having been stricken by the Court of Appeals, nothing could be reviewed by that court or this, unless presented by the record proper. No such question being presented, the writ of certiorari will be denied. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.